UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **PHILIP TRAUGOTT BUCKLER**, <br><br> *Plaintiff*, <br> v. <br><br> **LLOYD J. AUSTIN,** *individually, and in his official capacity as the U.S. Secretary of Defense*; <br> **UNITED STATES DEPARTMENT OF DEFENSE**; <br> **SECRETARY CHRISTINE WORMUTH,** *individually, and in her official capacity as U.S. Secretary of the Army*; <br> **LTG SCOTT DINGLE**, *individually and in his official capacity as Surgeon General of the Army*; and <br> **LTG KEVIN VEREEN**, *individually and in his official capacity as Commander, Deputy Chief of Staff of Installations*, <br><br> *Defendants*. | EP-22-CV-00368-DCG |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Plaintiff has "stipulate[d] to the dismissal of all of [his] claims against Defendants without prejudice" under Federal Rule of Civil Procedure 41(a)(1)(A). Stipulation, ECF No. 11.[1]

The Court accordingly **DISMISSES** this case **WITHOUT PREJUDICE**.[2] Each party shall bear its own costs.

The Clerk of Court shall **CLOSE** the case.

---

[1] *See also* FED. R. CIV. P. 41(a)(1)(A) (specifying that where, as here, the opposing party has not yet served "an answer or a motion for summary judgment," the plaintiff may voluntarily dismiss his own case, and that, with exceptions not applicable here, "the dismissal is without prejudice").

[2] Because the Court has dismissed the case, Plaintiff no longer needs to "show . . . good cause by March 21, 2023 why he failed to serve Defendants in compliance with Federal Rule of Civil Procedure 4." *See* Show Cause Order, ECF No. 10, at 10 (emphasis omitted). Nor must Plaintiff "designate local counsel . . . [by] March 13, 2023." *See* Local Counsel Order, ECF No. 6, at 6 (emphasis omitted).

**So ORDERED and SIGNED this 9th day of March 2023.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**